US BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  Peter T Igoe, Yvonne M Igoe         Chapter 7
        Debtors                              Case No. 1:13-bk-15560

**Motion to Allow Debtor to Incur Debt**

To the Honorable Judge of said Court:

Come now, Debtors, Peter and Yvonne Igoe and file this Motion to Allow debtor to Incur New Debt seeking this Court's approval for the use of his reverse mortgage line of credit and would respectfully show the Court as follows:

I. On or about September 20, 2013, debtors filed a Voluntary Petition for relief under Chapter 7 of the United States Bankruptcy Code pursuant to the provisions of 11 U.S.C. Section 362.

II. Debtor needs to pay for his household and living expenses, and relies upon his reverse mortgage line of credit with GENERATION MORTGAGE COMPANY, 3565 Piedmont Road NE, 3 Piedmont Center, Suite 300, Atlanta GA 30305.

III. GENERATION MORTGAGE COMPANY has withheld money from his line of credit and refused to allow debtor this money, as debtor would be incurring new debt while in bankruptcy.

IV. Debtor states that he needs approximately $5400 of this money while in bankruptcy, estimating $1800 per month for another 3 months. This money will pay for living and household expenses for the debtors.

WHEREFORE, Debtors request an Order permitting Debtor to receive these funds from GENERATION MORTGAGE COMPANY Pursuant to his reverse mortgage with them, and Debtors likewise request an Order DEMANDING that GENERATION MORTGAGE COMPANY allow these funds to be available to Peter and Yvonne Igoe immediately.

Date: **November 5, 2013**              /s/ Steven Sroczynski
                                        **Steven Sroczynski, BBO #680387**
                                        Attorney for Debtors
                                        **Thomas F. Williams & Associates**
                                        **21 McGrath Highway Suite 501**
                                        **Quincy, MA 02169**
                                        **(781) 437-7275**
                                        Steve.sroczynski@gmail.com