US BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---

In re:  Peter T Igoe, Yvonne M Igoe          Chapter 7
Debtors                                       Case No. 1:13-bk-15560

---

### MOTION TO AMEND SCHEDULES B AND C

Pursuant to Federal Rule of Bankruptcy Procedure 1009, Peter and Yvonne Igoe, Debtors in the above-captioned case, hereby move to Amend Schedules B and C of their bankruptcy petition.

As reason for this Motion to Amend, Debtors state that they inadvertently did not enter their bank account worth $900.00 on their original Petition.

Please find attached Amended Schedules B and C, Amended Summary of Schedules, Amended Declaration Concerning Debtor's Schedules, and Certificate of Service.

Respectfully, by their attorney,


Dated: **November 6 2013**              **/s/ Peter T Igoe**
                                         **/s/ Yvonne M Igoe**
                                         Debtor s


                                         **/s/ Steven Sroczynski**
                                         **Steven Sroczynski, BBO #680387**
                                         **Attorney for Debtors**
                                         **Thomas F. Williams & Associates, P.C.**
                                         **21 McGrath Highway Suite 501**
                                         **Quincy, MA 02169**
                                         **(781) 437-7275**
                                         Steve.Sroczynski@gmail.com

IN RE Igoe, Peter T & Igoe, Yvonne M _____     Case No. _____
                              Debtor(s)                                                          (If known)

# AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank Account with $900.00 | J | 900.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Appliances | J | 300.00 |
| | | Furniture - 5 years old | J | 1,000.00 |
| | | Refrigerator - 10 years old | J | 100.00 |
| | | Remaining miscellanous household goods | J | 2,500.00 |
| | | TV - 3 years old | J | 200.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | J | 600.00 |
| | | Swiss Army Watch | J | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Igoe, Peter T & Igoe, Yvonne M _____    Case No. _____
                                    Debtor(s)                              (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Toyota Avalon<br>2003 Toyota Camry | J<br>J | 3,237.00<br>6,592.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Igoe, Peter T & Igoe, Yvonne M _____   Case No. _____
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 15,529.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

____0____ continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)  Case 13-15560   Doc 15   Filed 11/06/13   Entered 11/06/13 18:24:21   Desc Main
Document      Page 5 of 11

IN RE Igoe, Peter T & Igoe, Yvonne M                                         Case No. _____
                    Debtor(s)                                                            (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| House at 25 Lafayette St, Quincy MA 02169.  Acquired in 1986.  House has reverse mortgage w/$100k LOC. | MGLA c.188 § 1 | 121,860.00 | 350,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Bank Account with $900.00 | MGLA c. 246 § 28(a) | 900.00 | 900.00 |
| Appliances | MGLA c.235 § 34(1) | 300.00 | 300.00 |
| Furniture - 5 years old | MGLA c.235 § 34(1) | 1,000.00 | 1,000.00 |
| Refrigerator - 10 years old | MGLA c.235 § 34(1) | 100.00 | 100.00 |
| Remaining miscellanous household goods | MGLA c.235 § 34(1) | 2,500.00 | 2,500.00 |
| TV - 3 years old | MGLA c.235 § 34(1) | 200.00 | 200.00 |
| Clothing | MGLA c.235 § 34(1) | 600.00 | 600.00 |
| Swiss Army Watch | MGLA c.235 § 34(1) | 100.00 | 100.00 |
| 1999 Toyota Avalon | MGLA c.235 § 34(16) | 3,237.00 | 3,237.00 |
| 2003 Toyota Camry | MGLA c.235 § 34(16) | 6,592.00 | 6,592.00 |

\* *Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

United States Bankruptcy Court
District of Massachusetts

IN RE:   Igoe, Peter T & Igoe, Yvonne M
Debtor(s)

Case No. _____

Chapter 7

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 350,000.00 | | |
| B - Personal Property | Yes | 3 | $ 15,529.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 228,140.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 120,643.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,800.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 2,345.00 |
| TOTAL | | 13 | $ 365,529.00 | $ 348,783.87 | |

United States Bankruptcy Court
District of Massachusetts

IN RE:                                                              Case No. _____

Igoe, Peter T & Igoe, Yvonne M
_____                        Chapter 7
Debtor(s)

## AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,800.00 |
| Average Expenses (from Schedule J, Line 18) | $ 2,345.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ 1,200.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 120,643.87 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 120,643.87 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Igoe, Peter T & Igoe, Yvonne M _____  Case No. _____
                        Debtor(s)                                              (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**15**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **November 6, 2013**    Signature: **/s/ Peter T Igoe**
                                         Peter T Igoe                                         Debtor

Date: **November 6, 2013**    Signature: **/s/ Yvonne M Igoe**
                                         Yvonne M Igoe                              (Joint Debtor, if any)
                                                                       [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                          _____
                                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

US BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:   Peter T Igoe, Yvonne M Igoe<br>         Debtors | Chapter 7<br>Case No. 1:13-bk-15560 |

### CERTIFICATE OF SERVICE

I hereby certify that on **November 6, 2013**, a copy of **MOTION TO AMEND SCHEDULES B AND C** was served by regular United States mail or electronic mail to all interested parties, the Trustee and the creditors listed on the following two (2) pages:


Date: **November 6, 2013**                    /s/ Steven Sroczynski
                                              **Steven Sroczynski, BBO #680387**
                                              Attorney for Debtors
                                              **Thomas F. Williams & Associates**
                                              **21 McGrath Highway Suite 501**
                                              **Quincy, MA 02169**
                                              **(781) 437-7275**
                                              **Steve.Sroczynski@gmail.com**

Bank Of America
Po Box 982235
El Paso, TX  79998


Citi Bank
Po Box 6241
Sioux Falls, SD  57117


Comenity Bank /
Victoria's Secret
Po Box 182789
Columbus, OH  43218


Dsnb Macys
9111 Duke Blvd
Mason, OH  45040


Francis L Colpoys Jr., PC
Marshfield Professional Center
1020 Plain Street, Suite 250
Marshfield, MA  02050


Gecrb /
American Eagle Outfitters
Po Box 965005
Orlando, FL  32896


Generation Mortgage Company
3565 Piedmont Road NE
3 Piedmont Center, Suite 300
Atlanta, GA  30305


Kohls /
Cap One
PO Box 3084
Milwaukee, WI  53201

Mass Bay Credit Union
147 W 4th St
South Boston, MA  02127


Michelle Igoe
25 Lafayette St
Quincy, MA  02169


Sears
PO Box 183082
Columbus, OH  43218


St Marys Bank
200 Bedford St
Manchester, NH  03105


Td Bank /
Target
Po Box 673
Minneapolis, MN  55440