# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Peter T. Igoe and Yvonne M. Igoe     **Case Number:** 13-15560     **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**

#13 Motion of Debtors to Incur New Debt (Steven Sroczynski)
(Objections due by 12/10/2013 at noon)

**OUTCOME:**

#13 __Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
x____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

There being proper notice and no objections, the Motion is granted. The hearing scheduled for December 11, 2013 is canceled.

IT IS SO NOTED:                                IT IS SO ORDERED;

                                               /s/ Joan N. Feeney
_____                 _____ Dated: 12/10/2013
Courtroom Deputy                               Joan N. Feeney, U.S. Bankruptcy Judge